UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BETEIRO, LLC,<br><br>Plaintiff<br><br>v.<br><br>KINDRED GROUP PLC; TRANNEL INTERNATIONAL, LTD.; UNIBET INTERNATIONAL, LTD.; and UNIBET INTERACTIVE, INC.,<br>Defendants | Case No. 6:21-cv-01148-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Beteiro, LLC respectfully submits this notice of voluntary dismissal without prejudice as to all Defendants. As of the time of filing of this Notice, no Defendant has served an Answer or Motion for Summary Judgment.

Dated: March 15, 2022

Respectfully Submitted

*/s/ M. Scott Fuller*
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF BETEIRO, LLC**